# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-4430
_____

KATHI MANESS, as
personal representative of
the estate of Philip
Maness,

    Appellant,

    v.

EDWARD MAYBURY, an
individual and
ANESTHESIA
CONSULTANTS, P.A., a
Florida profit corporation,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
James Daniel, Judge.

August 14, 2018


PER CURIAM.

    AFFIRMED.

WETHERELL, RAY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Roberts, Law Offices of Nooney & Roberts, Jacksonville, for Appellant.

Gary A. Shipman and William E. Whitney of Dunlap and Shipman, P.A., Santa Rosa, for Appellees.